IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   vs.<br><br>ROBERT O. BOYD,<br><br>           Defendant. | 4:13CR3116<br><br>MEMORANDUM AND ORDER |

      The court previously found that the no condition or combination of conditions of release will reasonably assure the defendant's appearance at court proceedings and the safety of the community if the defendant was released. (Filing No. 18). The court finds the defendant's proposed plan for release to treatment, (Filing No. 19), does not sufficiently ameliorate those risks.

      Accordingly,

      IT IS ORDERED that the defendant's motion for release to treatment, (Filing No. 19), is denied.

      November 19, 2013.

                                                                           BY THE COURT:

                                                                           *s/ Cheryl R. Zwart*
                                                                           United States Magistrate Judge