IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>ROBERT O. BOYD,<br><br>     Defendant. | 4:13CR3116<br><br><br>**FINAL ORDER OF FORFEITURE** |

   This matter comes on before the Court upon the United States' Motion for Final Order of Forfeiture (Filing No. 55). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

   1. On March 28, 2014, the Court entered a Preliminary Order of Forfeiture (Filing No. 43) pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1), and 853 based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Information filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in the following properties was forfeited to the United States.

   a) $777 in United States currency seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 13, 2013;

   b) A 2012 Homemade Bobber motorcycle seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 13, 2013, which has a VIN of 121299912129025NE; and

   c) $7,622 of United States currency seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 16, 2013.

   2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 3, 2014, as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims

and Asset Forfeiture Actions. A Declaration of Publication was filed herein on August 13, 2014 (Filing No. 54).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

4. The Plaintiff's Motion for Final Order of Forfeiture should be sustained.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED as follows:

A. The Plaintiff's Motion for Final Order of Forfeiture is hereby sustained.

B. All right, title and interest in and to the following properties held by any person or entity are hereby forever barred and foreclosed.

1. $777 in United States currency seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 13, 2013;

2. A 2012 Homemade Bobber motorcycle seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 13, 2013, which has a VIN of 121299912129025NE; and

3. $7,622 of United States currency seized from 2323 Old Lincoln Highway, Grand Island, Nebraska on September 16, 2013.

C. The aforementioned properties be, and the same hereby are, forfeited to the United States of America.

D. The United States is directed to dispose of said properties in accordance with law.

DATED this 14th day of August, 2014.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

2