IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:13CR3116 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| ROBERT O. BOYD, | ) | |
| | ) | |
| Defendant. | ) | |

I am in receipt of a report from the Probation Office indicating that the defendant is not eligible for another sentence reduction under Amendment 782 because the parties previously entered into an agreement to provide for a two-level reduction due to the anticipated changes in the drug guidelines effective November 1, 2014. The defendant stipulated that he would not petition for a further reduction of his sentence.

IT IS THEREFORE ORDERED that no further sentence reduction under Amendment 782 will be granted.

Dated May 14, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge